No. 84–6197.   LEE *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 84–6200.   ROBERTS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–6202.   COPELAND *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 84–6203.   SMITH *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–6204.   RAY *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 84–6209.   RAMIREZ *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–6214.   BUSH *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 84–6215.   BONNETTS *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–6217.   MARTELL *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–6218.   BUCHWALD *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–6219.   GATES *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 84–6220.   BANKS *v.* VASQUEZ, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 84–6228.   SCHAFLANDER ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 84–6229.   NORTH *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–6232.   JARDINA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–6237.   MALONE *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.